# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PHAM, TU M. | US DISTRICT COURT WD TENNESSEE | 07/31/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| FULL TIME-MAGISTRATE JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

167 N MAIN STREET
MEMPHIS, TN 38103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD MEMBER | FEDERAL BAR ASSOCIATION-MEMPHIS MID-SOUTH CHAPTER |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | DEFINED CONTRIBUTION 401(K) PLAN WITH KIRKLAND & ELLIS (FORMER LAW FIRM) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 07/31/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | SHELBY COUNTY TENNESSEE SCHOOLS - SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | FED TRUST FEDERAL BUILDING FEDERAL CREDIT UNION | A | Interest | K | T | | | | | |
| 2. | 403(B) ACCOUNT #1 (H) | | | | | | | | | |
| 3. | T ROWE RETIREMENT 2035 ADV (PARKX) | | None | | | Sold | 01/24/18 | M | | |
| 4. | | | | | | Buy | 07/27/18 | M | | |
| 5. | | | | | | Sold | 08/29/18 | M | | |
| 6. | T ROWE RETIREMENT 2050 ADV (PARFX) | D | Dividend | M | T | Buy | 01/24/18 | M | | |
| 7. | | | | | | Sold (part) | 03/12/18 | M | | |
| 8. | | | | | | Sold (part) | 06/21/18 | J | | |
| 9. | | | | | | Buy (add'l) | 08/29/18 | M | | |
| 10. | T ROWE RETIREMENT 2030 ADV (PARCX) | | None | | | Buy | 03/12/18 | M | | |
| 11. | | | | | | Buy (add'l) | 06/21/18 | J | | |
| 12. | | | | | | Sold | 07/27/18 | M | | |
| 13. | 403(B) ACCOUNT #2 (H) | | | | | | | | | |
| 14. | DODGE & COX GLOBAL D FD (DODLX) | A | Dividend | J | T | | | | | |
| 15. | GQG PARTNERS EMRG MKTS EQTY FD INV (GQGPX) | A | Dividend | J | T | Buy (add'l) | 01/30/18 | J | | |
| 16. | | | | | | Sold (part) | 07/25/18 | J | | |
| 17. | MAIRS & POWER GROWTH (MPGFX) | | None | | | Sold | 01/29/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. MAIRS & POWERS SM CAP (MSCFX) | A | Dividend | J | T | | | | | |
| 19. OAKMARK INTL FD CLASS (OAKIX) | B | Dividend | K | T | Buy (add'l) | 07/26/18 | J | | |
| 20. PRIMECAP ODYSSEY AGGR GROWTH (POAGX) | B | Dividend | K | T | Buy (add'l) | 07/26/18 | J | | |
| 21. SCHWAB FUNDAMENTAL GLBL REAL ESTATE INDEX FD (SFREX) | A | Dividend | J | T | | | | | |
| 22. VANGUARD HEALTH CARE FD INV (VGHCX) | A | Dividend | J | T | | | | | |
| 23. VANGUARD HIGH DIV YIELD INDEX (VHDYX) | A | Dividend | | | Sold | 07/26/18 | J | B | |
| 24. VANGUARD SMALL CAP VALUE (VISVX) | A | Dividend | J | T | Buy | 07/27/18 | J | | |
| 25. 401K ACCOUNT (H) | | | | | | | | | |
| 26. VANGUARD BROKERAGE SWEEP ACCOUNT | | None | L | T | Open | 09/30/18 | L | | |
| 27. DODGE & COX STOCK (X) | | None | | | Sold | 03/31/18 | J | A | |
| 28. VANGUARD PRIMECAP FUND ADMIRAL (VPMAX) | A | Dividend | J | T | Buy | 09/30/18 | J | | |
| 29. TEMPLETON FOREIGN FUND CLASS R6 (FTFGX) | | None | | | Buy (add'l) | 03/31/18 | J | | |
| 30. | | | | | Sold | 09/30/18 | K | A | |
| 31. VANGUARD CAPITAL OPPORTUNITY FD ADM (VHCAX) | | None | | | Sold | 09/30/18 | J | A | |
| 32. VANGUARD HEALTH CARE FUND (VGHCX) | A | Dividend | | | Sold | 09/30/18 | J | | |
| 33. VANGUARD REIT IDX FD (VGSIX) | | None | | | Sold (part) | 03/31/18 | J | | |
| 34. | | | | | Sold | 09/30/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. VANGUARD EMERGING MKTS STK IX (VEIEX) | A | Dividend | | | Buy (add'l) | 03/31/18 | J | | |
| 36. | | | | | Sold | 09/30/18 | J | A | |
| 37. VANGUARD SMALL CAP INDEX FD INST (VSCIX) | | None | | | Sold (part) | 03/31/18 | J | A | |
| 38. | | | | | Sold | 09/30/18 | J | A | |
| 39. IRA #1 (H) | | | | | | | | | |
| 40. SCHWAB US DIVIDEND EQUITY ETF (SCHD) | A | Dividend | K | T | | | | | |
| 41. MAIRS AND POWER SM CAP FD (MSCFX) | A | Dividend | J | T | | | | | |
| 42. SCHWAB FUNDAMENTAL GLBL REAL ESTATE (SFREX) | A | Dividend | J | T | Buy | 01/26/18 | J | | |
| 43. T ROWE PRICE REAL ASSETS FD INV (PRAFX) | | None | | | Sold | 01/26/18 | J | | |
| 44. FIRST EAGLE GLOBAL FUND (SGENX) | A | Dividend | J | T | | | | | |
| 45. VANGUARD HEALTH CARE FUND (VGHCX) | B | Dividend | K | T | | | | | |
| 46. BROKERAGE #1 (H) | | | | | | | | | |
| 47. SCHWAB BANK DEPOSIT ACCOUNT (cash) | A | Interest | K | T | | | | | |
| 48. EATON VNCE MGD GLBL BUY (FORMERLY ETW) (ETW) | B | Dividend | J | T | | | | | |
| 49. EOG RESOURCES INC (FORMERLY EOG COMMON STOCK) (EOG) | A | Dividend | J | T | | | | | |
| 50. EBAY COMMON STOCK (EBAY) | | None | | | Sold | 01/17/18 | J | | |
| 51. PYPL COMMON STOCK | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ISHARES MSCI EAFE ETF (EFA) | A | Dividend | J | T | | | | | |
| 53. SPDR S&P 400 MID CAP (MDYV) | A | Dividend | J | T | | | | | |
| 54. VANGUARD S/T INVESTMENT (VFSTX) | A | Dividend | K | T | | | | | |
| 55. EAGLE MLP STRATEGY FD I (EGLIX) | B | Dividend | J | T | | | | | |
| 56. ISHARES GLOBAL UTILITIES ETF (FORMERLY JXI) (JXI) | | None | | | Sold (part) | 01/04/18 | J | | |
| 57. | | | | | Sold | 01/05/18 | J | | |
| 58. MAIRS AND POWER SM CAP (MSCFX) | A | Dividend | J | T | | | | | |
| 59. SCHWAB SMALL CAP INDEX (SWSSX) | B | Dividend | J | T | | | | | |
| 60. BROKERAGE #2 (H) | | | | | | | | | |
| 61. SCHWAB BANK SWEEP ACCOUNT (cash) | A | Interest | J | T | | | | | |
| 62. ISHARES MSCI JAPAN (EWJ) | A | Dividend | J | T | Buy | 01/25/18 | J | | |
| 63. PRIMECAP ODYSSEY AGGR (POAGX) | A | Dividend | J | T | Buy | 01/24/18 | J | | |
| 64. IRA #2 (H) | | | | | | | | | |
| 65. JPMORGAN MID CAP VALUE (FLMVX) | B | Dividend | J | T | | | | | |
| 66. MAIRS & POWER GROWTH FUND (MPGFX) | A | Dividend | | | Sold | 07/27/18 | J | A | |
| 67. MAIRS & POWER SM CAP (MSCFX) | A | Dividend | J | T | Buy | 07/27/18 | J | | |
| 68. OAKMARK INTL FD INV (OAKIX) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. OPPENHEIMER DEVELOPING MARKETS (ODMAX) | A | Dividend | J | T | | | | | |
| 70. PRIMECAP ODYSSEY AGGRESSIVE (POAGX) | B | Dividend | K | T | | | | | |
| 71. EDUCATIONAL ACCOUNT #1 (H) | | | | | | | | | |
| 72. MAIRS & POWER GROWTH FUND (MPGFX) | A | Dividend | J | T | | | | | |
| 73. PRIMECAP ODYSSEY AGGRESSIVE GROWTH FUND (POAGX) | A | Dividend | J | T | | | | | |
| 74. EDUCATIONAL ACCOUNT #2 (H) | | | | | | | | | |
| 75. MAIRS & POWER GROWTH FUND (MPGFX) | A | Dividend | J | T | | | | | |
| 76. PRIMECAP ODYSSEY AGGRESSIVE GROWTH FUND (POAGX) | A | Dividend | J | T | | | | | |
| 77. 529 COLLEGE SAVINGS #1(H) | | | | | | | | | |
| 78. TN FIRST TENNESSEE INTEREST BEARING ACCT (CASH) | A | Int./Div. | K | T | Buy | 02/23/18 | J | | |
| 79. TN DFA LARGE CAP INTERNATIONAL (DFALX) | | None | | | Buy (add'l) | 02/23/18 | J | | |
| 80. | | | | | Sold | 09/04/18 | J | | |
| 81. TN PRIMECAP ODYSSEY AGGR GROWTH (POAGX) | | None | J | T | Buy (add'l) | 02/23/18 | J | | |
| 82. | | | | | Sold (part) | 09/04/18 | J | | |
| 83. TN VANGUARD WELLINGTON ADM (VWENX) | | None | J | T | Buy (add'l) | 02/23/18 | J | | |
| 84. TN VANGUARD TOTAL BOND MARKET INST (VBTIX) | | None | | | Sold | 02/23/18 | K | | |
| 85. 529 COLLEGE SAVINGS #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TN FIRST TENNESSEE INTEREST BEARING ACCT (CASH) | A | Int./Div. | J | T | Buy | 02/23/18 | J | | |
| 87. TN DFA LARGE CAP INTERNATIONAL (DFALX) | | None | J | T | Buy (add'l) | 02/23/18 | J | | |
| 88. TN PRIMECAP ODYSSEY AGGR GROWTH (POAGX) | | None | J | T | Buy (add'l) | 02/23/18 | J | | |
| 89. TN VANGUARD WELLINGTON ADM (VWENX) | | None | J | T | Buy (add'l) | 02/23/18 | J | | |
| 90. TN VANGUARD TOTAL BOND MARKET INST (VBTIX) | | None | | | Sold | 02/23/18 | K | | |
| 91. 529 COLLEGE SAVINGS #3 (H) | | | | | | | | | |
| 92. TN FIRST TENNESSEE INTEREST BEARING ACCT (CASH) | A | Int./Div. | J | T | Buy | 02/23/18 | J | | |
| 93. PRIMECAP ODYSSEY AGGRESSIVE GROWTH (POAGX) | | None | J | T | | | | | |
| 94. DFA LARGE CAP INTERNATIONAL (DFALX) | | None | J | T | | | | | |
| 95. VANGUARD WELLINGTON ADM (VWENX) | | None | J | T | | | | | |
| 96. TN VANGUARD TOTAL BOND MARKET INST (VBTIX) | | None | | | Sold | 02/23/18 | J | | |
| 97. BROKERAGE #3 (H) | | | | | | | | | |
| 98. PRIMECAP ODYSSEY AGGRESSIVE GROWTH (POAGX) | B | Dividend | K | T | Buy | 07/25/18 | L | | |
| 99. | | | | | Sold (part) | 08/20/18 | K | A | |
| 100. T ROWE PRICE HEALTH SCIENCES (PRHSX) | B | Dividend | K | T | Buy | 08/20/18 | K | | |
| 101. OTHER HOLDINGS (H) | | | | | | | | | |
| 102. VASCULAR TECHNOLOGIES INC | | None | L | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 07/31/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 3: Ticker symbol change only; see 2017, line 4.

Part VII, lines 26-38: Transaction dates are the closing dates for the corresponding quarterly statements, as more specific information is not available from the 401(k) plan manager.

Part VII, line 102: Valuation of this asset is based upon the amount of the initial investment.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ TU M. PHAM**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544